Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

Romel Lee
_____
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Jermaine Bullard
Reginald Rambo
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. 25-cv-32-JB-MU
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Romel Donta Lee
All other names by which you have been known:
ID Number: 260722
Current Institution: W.C. Holman (C.F)
Address: 1240 Ross Road
Atmore, AL 36503
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Reginald Rambo
Job or Title *(if known)*: ALDOC/C.E.R.T offical
Shield Number:
Employer: Alabama Department of Corrections
Address: ?
? / AL / ?
City / State / Zip Code

☒ Individual Capacity   ☐ Official Capacity

Defendant No. 2
Name: Jermaine Bullard
Job or Title *(if known)*: ALDOC Offical sargent
Shield Number:
Employer: Alabama Department of Corrections
Address: ?
? / AL / ?
City / State / Zip Code

☒ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

- Name: N.A.
- Job or Title *(if known)*:
- Shield Number:
- Employer:
- Address:
  - City / State / Zip Code
- ☐ Individual Capacity  ☐ Official Capacity

Defendant No. 4

- Name: N.A.
- Job or Title *(if known)*:
- Shield Number:
- Employer:
- Address:
  - City / State / Zip Code
- ☐ Individual Capacity  ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This lawsuit is for excessive force by some officers and deliberate indifference committed by others.

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

N.A.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N.A.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other  N.A.
  *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N.A.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

① At W.C. Holman Correctional Facility 3700 Atmore, AL 36503 on November 20th 2024 at approximately 8:30 AM... (continued on attached pages)

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 20, 2024 approximately 8:30 A.M.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(Facts outlined on attached pages)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I was briefly choked unconscious. I suffered considerable bruising and two large knots above my eye and cheek from the punches and having my face slammed into the wall. I had a headache and blurred vision for weeks following the incident.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I respectfully pray that this Honorable Court:
A) Declare that the acts and omissions described herein violated my rights under the constitution and laws of the United States.
B) Order Defendants to pay compensatory and punitive damages for my physical pain, injuries, and emotional suffering, as well as for their reckless and callous indifference to my constitutional rights motivated by their evil intent.
C) Order Defendants to pay any reasonable attorneys fees and costs, and
D) Grant any other just and equitable relief that this Honorable Court deems necessary.

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
W.C. Holman Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

■

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?  N.A.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ (Yes)

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No    N/A

E. If you did file a grievance:

1. Where did you file the grievance?

   W.C. Holman (C.F) 3700 Atmore, AL 36503

2. What did you claim in your grievance?

   malicious use of excessive force

3. What was the result, if any?

   None, I filed two, and neither of them were even answered.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I first filed a grievance on 11-26-24. I never received a response. On 12-16-24 I filed another grievance detailing the same event and to this date have gotten no response at all from either of them.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

      NA.

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      NA

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   NA

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ (No)

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

NA.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ (No)

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____N/A_____

      Defendant(s) _____N/A_____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____N/A_____

   3. Docket or index number
      _____N/A_____

   4. Name of Judge assigned to your case
      _____N/A_____

   5. Approximate date of filing lawsuit
      _____N/A_____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

   If no, give the approximate date of disposition. _____N/A_____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*
      _____N/A_____

9

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff   Romel Donta Lee
Prison Identification #     260722
Prison Address              1290 Ross Road
                            Atmore          AL        36502
                            City            State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-8-2025
              (Date)

              Romel Lee
              Signature of Plaintiff

Done this 8th day of January 2025
Jennifer R. Kelly

[Notary seal: Jennifer Renee Kelly, Notary Public, Alabama State at Large, My Commission Expires 03-28-2028]

# Statement of Facts

(continued from part IV of complaint)

① — ... C.E.R.T. (Correctional Emergency Response Team) officers arrived to N-tier to complete the last unit search of their routine shake down of the entire Holman Prison.

② — There were at least two officers to every one man cell, along with an assortment of L.E.S.D. (Law Enforcement Services Division) K9 unit officers.

③ — After we were instructed to strip naked then put our boxers back on each of us were handcuffed behind our backs and brought out of our cells. Officers instructed us to stand beside our cell door while one of the two CERT officers conducted the cell search.

④ — While the search was being conducted the K-9 officer would randomly walk one of the K9s into a cell to sniff for drugs.

⑤ — A dog was sent into my cell. While sniffing around the dog decided to jump onto my table and after first sniffing began licking the inside of my only eating bowl.

⑥ — I addressed the K-9 officer, "Hey, get the dog out of my bowl!"

⑦ — The CERT officer standing beside me said, "Shut the fuck up!"

⑧ — I said, "Man, he got the dog in my bowl!"

⑨ — Nearby CERT officers then converged on me and began punching me in the face and the back of the head.

⑩ — My hands were already cuffed behind my back before this assault began so I couldn't even lift my hands to protect my face. I tried leaning forward since most of the punches were coming from behind me.

⑪ — While punching me they were yelling all sorts of slurs and obscenities. One officer was calling me a "Pussy ass nigah! Pussy ass nigah!" over and over with every punch he landed.

⑫ — I, at one point, yelled that "I'm not resisting! I already have on cuffs!" In hopes that they would let up. This seemed to push one particular officers button some how because he yelled that "he didn't give a fuck about me being in cuffs. I'll kill you in cuffs!"

⑬ — He then pushed officers closer to me out of his way and grabbed me in a choke hold. He kept saying, "Yeah, bitch! Yeah, bitch!" in my ear until I blacked out.

⑭ — I was only out for a second or two, but as I came to he was still holding me in the choke hold albeit not nearly as tight. He said he was going to release me, but I better be still and quiet until they finished shaking my cell down. He asked did I understand, but he was still choking me to tight for me to speak. So I tried nodding my head forward to communicate I understood.

⑮ — He then released me from the choke hold and grabbed me by the arms to turn me so that I facing the wall. He then placed his hand on the back of my head and slammed my face into the wall.

⑯ — At this point an officer at the prison who is not on the CERT or LESD unit made his way through the crowd of them to me in an attempt to save me from any further assault and to rush me to the infirmary for immediate medical attention.

17 — Only after being apprehended by this officer and led through the crowd of CERT officers was I able to see and identify them. The one who had choked me and slammed my face into the wall was CERT officer Reginald Rambo.

18 — The only other officer in the crowd of those who assaulted me that I knew was Jermaine Bullard.

19 — I was so dizzy walking into the infirmary that before even learning of the source of my injuries the nurse attending to me informed me I had suffered a concussion. I remained in the infirmary until well after all the CERT officers had left the prison.

20 — That same day and many days following, I petitioned shift commanders and the warden to review the cameras and provide me with the names of all the CERT officers involved. All of my request were completely ignored.

21 — On 11-26-24 I filed the first of two grievances about the matter. The allotted time for a response came and went. On 12-26-24 I filed the second grievance with the same result. To this day I've gotten no response.

22 — Although there were other unknown officers involved, I was at least able to identify defendants Ramb and Bullard as two of those who used excessive force and or stood nearby while this malicious assault took place.

23 — Defendants Bullard and Rambo did act willfully and maliciously.

Romel Lee AIS#260722
Holman 3700
Atmore, AL 36503



MOBILE P&DC 366
TUE 14 JAN 2025 PM

United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication